# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| OKLAHOMA DEPARTMENT OF REHABILITATION SERVICES, THE STATE OF OKLAHOMA, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| and | ) ) | |
| DAVID ALTSTATT, SR., | ) ) | CIV-18-1197-SLP |
| Plaintiff Intervenor, | ) ) ) | |
| v. | ) ) | |
| UNITED STATES OF AMERICA, ex rel. HONORABLE MARK T. ESPER, Secretary of Defense and the HONORABLE RYAN D. MCCARTHY, Acting Secretary of the Army,[1] | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## UNITED STATES' NOTICE OF RELATED CASE

Pursuant to LCvR 3.7, the United States discloses the following related case pending in the United States Court of Federal Claims: *State of Oklahoma v. United States*, Case No. 19-1022C (filed on July 17, 2019). The State of Oklahoma, by and through the Oklahoma Department of Rehabilitation Services, along with Plaintiff Intervenors Cantu Services, Inc. and David Altstatt, filed suit protesting the solicitation and contract award that is the

---

[1] Mark T. Esper became the Secretary of Defense on July 23, 2019, and Ryan D. McCarthy correspondingly assumed the duties of acting Secretary of the Army on the same date. They are therefore listed in the caption pursuant to Fed. R. Civ. P. 25(d).

subject of this action. Like the present suit, Oklahoma seeks injunctive relief prohibiting the United States and the contract awardee (Defendant Intervenor, Mitcho International, Inc.) from beginning work until ODRS' protest is resolved. The Court has not entered a temporary restraining order, but did order expedited jurisdictional briefing. The case is ongoing.

<u>Dated</u>: July 30, 2019

Respectfully Submitted,

TIMOTHY J. DOWNING
United States Attorney

*s/ Scott Maule*
Scott Maule (OBA 31760)
Amanda R. Johnson (OBA 32575)
Assistant U.S. Attorneys
United States Attorney's Office
Western District of Oklahoma
210 Park Avenue, Suite 400
Oklahoma City, OK 73102
(405) 553-8700 (fax) 553-8885
scott.maule@usdoj.gov
amanda.johnson3@usdoj.gov

# CERTIFICATE OF SERVICE

 X   I hereby certify that on July 30, 2019, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the electronic records currently on file, the Clerk of Court will transmit a notice of Electronic Filing to the following ECF registrants:

Peter A. Nolan, Esq.
Winstead Sechrest & Minick-AUSTIN
401 Congress Ave Suite 2100
Austin, TX 78701
Email: Pnolan@winstead.Com

Richard D. Olderbak, Esq.
Attorney General's Office-Okla. City
3535 N.W. 58th St., Suite 500
Oklahoma City, OK 73102
Email: Rolderbak@okdrs.Gov

Kevin R. Donelson, Esq.
Fellers, Snider, Blankenship, Bailey, and Tippens, P.C.
100 N. Broadway, Ste. 1700
Oklahoma City, OK 73102-9211
Email: kdonelson@fellerssnider.com

                                             s/ *Scott Maule*
                                             Assistant U.S. Attorney