# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| THE STATE OF OKLAHOMA, by and through THE OKLAHOMA DEPARTMENT OF REHABILITATION SERVICES<br><br>    Plaintiff<br><br>v.<br><br>THE UNITED STATES OF AMERICA, by and through the HONORABLE JAMES MATTIS, Secretary of Defense; and the HONORABLE MARK ESPER, Secretary of the Army<br><br>    Defendants. | Case No.: 18-cv-1197-SLP |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii), all parties hereby stipulate to the dismissal without prejudice of this action. Each party to bear its own fees and costs.

Dated: October 22, 2019               Respectfully Submitted,

/s/ Peter A. Nolan                              /s/ Richard Olderbak
Peter A. Nolan                                   Richard Olderbak
Texas Bar No. 15062600                 Oklahoma Bar No. 17686
WINSTEAD PC                                  OKLAHOMA DEPARTMENT OF
401 Congress Avenue, Suite 2100   REHABILITATION SERVICES
Austin, TX 78701                              Assistant Attorney General
pnolan@winstead.com                    3535 N.W. 58th Street, Suite 500
                                                          Oklahoma City, OK 73112-4824
                                                          ROlderbak@okdrs.gov

*Attorneys for The State of Oklahoma, by and through The Oklahoma Department of Rehabilitation Services*

1

| | |
|---|---|
| */s/ Kevin R. Donelson* | */s/ Scott Maule* |
| Kevin R. Donelson | Scott Maule |
| Oklahoma Bar No. 12647 | Oklahoma Bar No. 31760 |
| **FELLER SNIDER BLANKENSHIP BAILEY & TIPPENS, P.C.** | Assistant U.S. Attorney |
| | **UNITED STATES ATTORNEY'S OFFICE** |
| | **WESTERN DISTRICT OF OKLAHOMA** |
| 100 N. Broadway, Ste. 1700 | 210 Park Avenue, Suite 400 |
| Oklahoma City, OK 73102-9211 | Oklahoma City, OK 73102 |
| kdonelson@fellerssnider.com | Scott.maule@usdoj.gov |
| ***Attorneys for David Altstatt, Sr.*** | ***Attorneys for United States*** |